IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CIVIL ACTION NO. 4:24-cv-02590 |
| GALLERIA 2425 OWNER, LLC, | § § | |
| DEBTOR | § § | BANKRUPTCY CASE NO. 23-34815 |
| | § | |
| 2425 WL, LLC, | § § | |
| APPELLANT | § | |

## APPELLANT'S STATEMENT OF THE ISSUES ON APPEAL AND DESIGNATION OF RECORD ON APPEAL

Having timely filed its *Notice of Appeal of Order Confirming Plan to District Court* (Docket No. 603), 2425 WL, LLC ("Appellant") respectfully files its Statement of the Issues on Appeal, and Designation of Record on Appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1).

**Statement of the Issues**

Appellant designates the following issues on appeal:

1. Whether the Bankruptcy Court committed error in finding and concluding that the Chapter 11 plan propounded by a secured creditor, National Bank of Kuwait, S.A.K.P. New York Branch ("NBK") complied with all of the mandatory requirements for confirmation set forth in Bankruptcy Code Section 1129, and did not violate any of the provisions of Bankruptcy Code Section 1123 – specifically the provisions of:

    - Section 1129(a)(10) (regarding at least one creditor with an unimpaired allowed claim accepting the plan);

- Section 1129(a)(1) & (a)(3) (regarding the plan voting & balloting, the Plan's Exculpation Clause, the Estate Releases Clause, the Injunction on causes of actions by creditors against third party non-debtors clause, and applying a "Gate Keeper" Provision to third party creditors);

- Section 1129(a)(8) and 1129(b)(1) (unfair discrimination and not fair and equitable as to 2425 WL, LLC);

- Section 1122 (regarding claims classification); and

- Section 1123(a)(4) (regarding claims discrimination).

**<u>Designation of Record on Appeal</u>**

Appellant designates the following items to be included in the record on appeal:

| Item No. | Docket No. in 23-34815 | Document | Date Filed/Signed |
|---|---|---|---|
| 1 | n/a | A complete copy of the Bankruptcy Court's Docket Report for Case No. 23-34815 | n/a |
| 2 | ECF No. 603 | Notice of Appeal of Order Confirming Plan to District Court filed by Appellant, 2425 WL, LLC | 07/06/2024 |
| 3 | ECF No. 566 | Order Confirming Chapter 11 Plan of Liquidation of the Debtor By National Bank of Kuwait, S.A.K.P. New York Branch | 06/22/2024 |
| 4 | ECF No. 565 | Memorandum Opinion (Findings of Fact and Conclusions at Law for Order Confirming Chapter 11 Plan) | 06/22/2024 |
| 5 | ECF No. 570 | Transcript of June 19, 2024 Hearing on Plan Confirmation | 06/25/2024 |
| 6 | ECF No. 194 | Chapter 11 Plan of Liquidation of the Debtor By National Bank of Kuwait, S.A.K.P. New York Branch | 04/10/2024 |
| 7 | ECF No. 409 | Objection to Confirmation of Plan filed by Debtor | 06/03/2024 |
| 8 | ECF No. 401 | Objection to Confirmation of Plan filed by 2425 WL, LLC | 06/03/2024 |
| 9 | ECF No. 526 | Supplemental Objection to Plan filed by 2425 WL, LLC | 06/16/2024 |

| 10 | ECF No. 529 | Response to Objection to Confirmation filed by National Bank of Kuwait, S.A.K.P. New York Branch | 06/16/2024 |
| --- | --- | --- | --- |
| 11 | ECF No. 499-2 | Proof of Claim No. 13 filed by National Bank of Kuwait ($3,864,455.06) | 06/13/2024 |
| 12 | ECF No. 499-3 | Proof of Claim No. 14 filed by National Bank of Kuwait ($67,153,854.15) | 06/13/2024 |
| 13 | ECF No. 499-4 | Amended Objections to Claims No. 13 & 14 of National Bank of Kuwait (ECF No. 284) | 06/13/2024 |
| 14 | ECF No. 499-6 | Second Amended Original Petition in Case No. 2024-27168 styled *Ali Choudhri v. National Bank of Kuwait, S.A.K.P. New York Branch* | 06/13/2024 |
| 15 | ECF No.499-7 | First Amended Complaint for Equitable Subordination and Damages in Adversary No. 24-3043 styled *2425 WL, LLC v. National Bank of Kuwait, S.A.K.P. New York Branch* | 06/13/2024 |
| 16 | ECF No. 499-8 | Amended Petition in Case No. 2023-22748 styled *Galleria 2425 Owner, LLC v. National Bank of Kuwait, S.A.K.P. New York Branch* | 06/13/2024 |
| 17 | ECF No. 499-10 | Original Complaint in Case No. 23-60036, initiating Adversary No. 23-06009 styled *Galleria 2425 Owner, LLC, Naissance Galleria, LLC, and Ali Choudhri v. National Bank of Kuwait, S.A.K.P. New York Branch* | 06/13/2024 |
| 18 | ECF No. 499-12 | Excerpt of Schedule A/B | 06/13/2024 |

Respectfully submitted,

Date: August 9, 2024

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV
State Bar No. 03418320
BurksBaker, PLLC
950 Echo Ln, Suite 300
Houston, TX 77024
Telephone: (713) 897-1297
Facsimile: (713) 869-9100
Email: gray.burks@burksbaker.net
*Attorneys for 2425 WL, LLC*

# CERTIFICATE OF SERVICE

   I hereby certify that on August 9, 2024 a true and correct copy of the foregoing document was served on the parties listed below, via electronic delivery through the Court's CM/ECF system:

  Jeannie Lee Andresen on behalf of Creditor City of Houston
  houston_bankruptcy@lgbs.com, chymel@dorelaw.com

  Jeannie Lee Andresen on behalf of Creditor Houston Community College System
  houston_bankruptcy@lgbs.com, chymel@dorelaw.com

  Jeannie Lee Andresen on behalf of Creditor Houston ISD
  houston_bankruptcy@lgbs.com, chymel@dorelaw.com

  Reese W Baker on behalf of Attorney Jack Rose
  courtdocs@bakerassociates.net,
  i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

  Reese W Baker on behalf of Debtor Galleria 2425 Owner, LLC
  courtdocs@bakerassociates.net,
  i.go@bakerassociates.net;igotnotices@gmail.com;courtdocsrbaker@gmail.com;reese.baker@bakerassociates.net;bakernotices@gmail.com;baker5151calendar@gmail.com;staff@bakerassociates.net;bakerassociates@jubileebk.net

  Gary F Cerasuolo on behalf of Creditor Arin-Air Inc.
  gary.cerasuolo@sbcglobal.net

  Charles Clayton Conrad on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
  charles.conrad@pillsburylaw.com,
  nancy.jones@pillsburylaw.com;docket@pillsburylaw.com

  Rodney Lee Drinnon on behalf of Creditor Rodney Drinnon
  rdrinnon@mccathernlaw.com,
  eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com

  Rodney Lee Drinnon on behalf of Defendant Azeemeh Zaheer
  rdrinnon@mccathernlaw.com,
  eutermohlen@mccathernlaw.com;snunez@mccathernlaw.com;dclark@mccathernlaw.com;dchester@mccathernlaw.com

  Susan R. Fuertes on behalf of Creditor Harris County, ATTN: Property Tax Division
  susan.fuertes@harriscountytx.gov,
  vriana.portillo@harriscountytx.gov;Jo.Falcon@harriscountytx.gov

Tara L Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Melissa S Hayward on behalf of Creditor Hayward PLLC
MHayward@HaywardFirm.com, Mholmes@HaywardFirm.com

Patrick L Hughes on behalf of Interested Party Landry's Inc.
hughesp@haynesboone.com,
kenneth.rusinko@haynesboone.com;patrick.hughes@haynesboone.com;jodi.valencia@haynesboone.com

Kyung Shik Lee on behalf of Plaintiff Christopher Murray
kslee50@gmail.com, Courtnotices@kasowitz.com

Lloyd A. Lim on behalf of Creditor Sonder USA Inc.
lloyd.lim@keanmiller.com,
rachel.kubanda@keanmiller.com;teresa.miller@keanmiller.com;mack.wilson@keanmiller.com;michelle.friery@keanmiller.com

Jennifer Lea MacGeorge on behalf of Creditor Jetall Companies, Inc.
jmac@jlm-law.com

Jennifer Lea MacGeorge on behalf of Plaintiff Naissance Galleria, LLC
jmac@jlm-law.com

James Robert MacNaughton on behalf of Creditor 2425 West Loop, LLC
robert@porterpowers.com

Simon Richard Mayer on behalf of Interested Party QB Loop Property LP
simon.mayer@lockelord.com, Autodocket@lockelord.com

Christopher R Murray
chris@jonesmurray.com, crm@trustesolutions.net

Christopher R Murray on behalf of Trustee Christopher R Murray
chris@jonesmurray.com, crm@trustesolutions.net, 9799263420@filings.docketbird.com

D. Hunter Polvi on behalf of Plaintiff Naissance Galleria, LLC
polvih@passmanjones.com

James Q. Pope on behalf of Debtor Galleria 2425 Owner, LLC

ecf@thepopelawfirm.com, jpope@jubileebk.net

Stephen Wayne Sather on behalf of Creditor 2425 WL, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Stephen Wayne Sather on behalf of Creditor 2425 West Loop, LLC
ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

R. J. Shannon on behalf of Trustee Christopher R Murray
rshannon@shannonleellp.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Michelle E Shriro on behalf of Creditor RGN-MCA Houston LIII, LLC
mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Mark Edwin Smith on behalf of Creditor 2425 WL, LLC
msmith@porterhedges.com

Howard Marc Spector on behalf of Creditor CC2 TX, LLC
hspector@spectorcox.com, sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com;sarah@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Jeffrey W Steidley on behalf of Debtor Galleria 2425 Owner, LLC
Jeff@texlaw.us

Jeffrey W Steidley on behalf of Plaintiff Ali Choudhri
Jeff@texlaw.us

Ryan Steinbrunner on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
ryan.steinbrunner@pillsburylaw.com

David Neal Stern on behalf of Creditor 2425 WL, LLC
dstern@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;mcalderon@bn-lawyers.com

David W Tang on behalf of Defendant Azeemeh Zaheer
airtang@gmail.com

Andrew M. Troop on behalf of Creditor National Bank of Kuwait, S.A.K.P., New York Branch
andrew.troop@pillsburylaw.com, nydocket@pillsburylaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

Broocks Wilson on behalf of Creditor Sonder USA Inc.
mack.wilson@keanmiller.com

And on August 9, 2024 by deposit in the United States Mail, first class postage prepaid to:

Galleria 2425 Owner, LLC
1001 West Loop South 700
Houston, TX 77027
*Debtor*

*/s/ H. Gray Burks, IV*
H. Gray Burks, IV