# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) ) ) | CIVIL ACTION NO. 4:24-CV-02590 |
| GALLERIA 2425 OWNER, LLC, | ) ) ) | |
| Debtor. | ) ) ) | |

---

## NOTICE OF APPEAL

---

Notice is hereby given that Creditor 2425 WL, LLC ("Appellant") appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment dated November 21, 2024 (Dkt. No. 25), attached as **Exhibit 1.**

2425 WL, LLC is a creditor and party in interest in this bankruptcy case and was Appellant in the district court.

The other parties to the appeal and their attorneys include the following:

| | |
|---|---|
| National Bank of Kuwait, S.A.K.P., New York Branch<br>          *Plan proponent* | Andrew M. Troop<br>Patrick E. Fitzmaurice<br> Kwame O. Akuffo<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Telephone: (212) 858-1000<br><br>Charles C. Conrad<br>Ryan Steinbrunner<br>609 Main Street Suite 2000<br>Houston, TX 77002<br>Telephone: (713) 276-7600 |

Christopher R. Murray
  *Chapter 11 Trustee*

R. J. Shannon
Shannon & Lee LLP
2100 Travis Street, Suite 1525
Houston, TX  77002
Telephone: (713) 714-5770

Kyung Shik Lee
Kyung S. Lee PLLC
4723 Oakshire Drive Apt. B
Houston, TX 770027
Telephone: (713) 301-475


Respectfully submitted,

*/s/ J. Carl Cecere*

J. Carl Cecere
State Bar No. 13268300
(admitted pro hac vice)
**Cecere PC**
6035 McCommas Blvd.
Dallas, TX 75206
Telephone: 469-600-9455

*2425 WL, LLC and Ali Choudhri*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of December, 2024, a true and correct copy of the foregoing was served on the following in accordance with the CM/ECF e-filing system, and upon all others who have consented to service in this case by registering to receive notices in this case through the CM/ECF e-filing system.


*/s/ J. Carl Cecere*

**J. Carl Cecere**

2