United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 2425 WL, LLC, § | |
| § | |
| Appellant, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-02590 |
| § | |
| NATIONAL BANK OF KUWAIT, S.A.K.P., § | |
| NEW YORK BRANCH, § | |
| § | |
| Appellee. § | |

### ORDER

Appellees have filed a Motion to Correct the Statement of Issues on Appeal. ECF No. 31. The Motion is **DENIED** as moot.

**IT IS SO ORDERED.**

**SIGNED** on this the 24th day of February, 2025.

KEITH P. ELLISON
U.S. DISTRICT JUDGE

1 / 1